1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

### EASTERN DIVISION

11

| | |
|---|---|
| EVERARDO CARRILLO; FERNANDO CHAVEZ; ERIC FLORES; JOSE MARTINEZ ARCEO; BALTAZAR ZAVALA; and JUAN CHAVEZ, for themselves and all others similarly situated and the general public, | Case No. CV 11-08557 CAS(DTBx) |

**[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER**

            Plaintiffs,

      v.

SCHNEIDER LOGISTICS, INC.;
SCHNEIDER LOGISTICS
TRANSLOADING AND
DISTRIBUTION, INC.; PREMIER
WAREHOUSING VENTURES, LLC;
ROGERS-PREMIER UNLOADING
SERVICES, LLC; IMPACT
LOGISTICS, INC., and DOES 1-15,

            Defendants.

Complaint Filed: October 17, 2011
Trial Date:         None
District Judge:   Hon. Christina A.
                          Snyder, Presiding
Mag. Judge:      Hon. David T Bristow

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# O R D E R

## GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED

**THAT** the provisions of the stipulation between the parties regarding the use and protection of confidential material (the "Stipulated Protective Order") shall be entered as the Order of the Court and be binding upon the parties.

DATED:  January 26, 2012

_____

HONORABLE DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By:  /s/ Betsy Johnson
_____
        Douglas J. Farmer
        Betsy Johnson
        Truc T. Nguyen

        Attorneys for Defendants
        SCHNEIDER LOGISTICS, INC.
        and SCHNEIDER LOGISTICS
        TRANSLOADING AND
        DISTRIBUTION, INC.