1  THERESA M. TRABER (SBN 116305)
2  LAUREN TEUKOLSKY (SBN 211381)
   Traber & Voorhees
3  128 N. Fair Oaks Avenue, Suite 204
   Pasadena, California 91103
4  Telephone: (626) 585-9611
   Facsimile: (626) 585-1400
5  tmt@tvlegal.com
   lt@tvlegal.com
6

7  JANET HEROLD (SBN 186419)         MICHAEL RUBIN (SBN 80618)
   Special Counsel to Change to Win, CLC   JONATHAN WEISSGLASS
8  2629 Foothill Blvd #357              (SBN 185008)
   La Crescenta, California 91214    JENNIFER SUNG (SBN 254741)
9  Telephone: (818) 957-7054         Altshuler Berzon LLP
   Facsimile: (818) 542-6419         177 Post Street, Suite 300
10 heroldj@seiu.org                   San Francisco, California 94108
                                      Telephone: (415) 421-7151
11                                    Facsimile: (415) 362-8064
12 (Add'l counsel on next page)       mrubin@altber.com
                                      jweissglass@altber.com
13                                    jsung@altber.com

14                         Attorneys for Plaintiffs

15                   UNITED STATES DISTRICT COURT
16                  CENTRAL DISTRICT OF CALIFORNIA
17                          EASTERN DIVISION

18 EVERARDO CARRILLO, *et al.*, for   ) Case No. CV 11-8557 CAS (DTBx)
19 themselves and all others similarly )
   situated and the general public,    ) **PLAINTIFFS' NOTICE OF**
20                                     ) **MOTION AND MOTION FOR**
              Plaintiffs,              ) **FURTHER PRELIMINARY**
21                                     ) **INJUNCTION TO PREVENT**
        v.                             ) **SCHNEIDER'S ADDITIONAL**
22                                     ) **RETALIATION AND FOR**
   SCHNEIDER LOGISTICS, INC.,          ) **CONTEMPT**
23 *et al.*,                           )
                                       ) Complaint Filed: October 17, 2011
24            Defendants.              ) Trial Date: None set
25                                     ) District Judge: Hon. Christina A. Snyder
                                       ) Magis. Judge: Hon. David T. Bristow
26 _____) Hearing Date:    March 21, 2012
27                                                 Time:   11:00 am
28

---

Pls.' Notice of Motion & Motion for Further Prelim. Inj.
Case No. CV 11-8557 CAS (DTBx)

1  Additional counsel for plaintiffs:

2

3  GUS T. MAY (SBN 159436)
   KEVIN R. KISH (SBN 233004)
4  MATTHEW E. DECAROLIS (SBN 238595)
5  Bet Tzedek Legal Services
   3435 Wilshire Blvd., Suite 470
6  Los Angeles, CA 90010
7  Telephone: (323) 939-0506
   Facsimile: (213) 384-3524
8  gmay@bettzedek.org
9  kkish@bettzedek.org
   mdecarolis@bettzedek.org
10

11 SANDRA C. MUÑOZ (SBN 190404)
12 Law Offices of Sandra C. Muñoz
   5429 E. Beverly Blvd.
13 Los Angeles, CA 90022
14 Telephone: (323) 720-9400
   Facsimile: (323) 720-9090
15 scm4law@att.net

16

17

18

19

20

21

22

23

24

25

26

27

28

Pls.' Notice of Motion & Motion for Prelim. Inj.
Case No. CV 11-8557 CAS (DTBx)

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on March 21, 2012 at 11:00 a.m. or as soon thereafter as this matter may be heard, in Courtroom 5 of this Court located at 312 North Spring Street, Los Angeles, California 90012, plaintiffs Everardo Carrillo et al. will and hereby do move for a preliminary injunction pursuant to Fed. R. Civ. P. 65 to restrain defendants Schneider Logistics, Inc and Schneider Logistics Transloading and Distribution, Inc. (collectively "Schneider") from engaging in further acts of retaliation and other wrongful conduct against the provisionally certified class of Schneider-Premier plaintiffs who are covered by this Court's February 1, 2012 injunction, and for an order for civil contempt against Schneider based on clear and convincing evidence of its violations of this Court's two prior injunctions and this Court's oral ruling of February 24, 2012.

For the reasons set forth in the accompanying Memorandum of Points and Authorities, plaintiffs seek an order requiring Schneider: 1) to revoke the pay cuts Schneider imposed on plaintiffs effective February 25, 2012, which slashed the workers' hourly pay from $12.75 to $11.00 and stripped them of all benefits; 2) to restore the promised wages and benefits and provide backpay to the class members for all unpaid and underpaid wages since February 25, 2012; 3) to provide notice of the Court's February 1, 2012 preliminary injunction to *all* of the approximately 100 Schneider-Premier class members covered by that injunction, not only to the 40 or so who were called back to work on February 25; 4) to submit for Court approval a written plan that sets forth a neutral, non-retaliatory and non-discriminatory mechanism for determining the order in which individual class members who have not already resumed work in the Mira Loma warehouses will be recalled as new work comes in, and will be temporarily laid off as work slows down; and 5) to provide a means by which the Schneider-Premier class members can clock in and out electronically, not by hand, and pay those class members for *all* time worked, not only the time for which Schneider chooses to pay them. Plaintiffs also seek an order of civil contempt, with appropriate relief.

Pls.' Notice of Motion & Motion for Prelim. Inj.
Case No. CV 11-8557 CAS (DTBx)   1

Plaintiffs have satisfied the requirements for injunctive relief under the governing law, as they have a likelihood of success on the merits, they will suffer irreparable harm in the absence of an injunction, the balance of hardships tips decidedly in their favor, and the public interest would be served by an injunction. Plaintiffs have also satisfied the requirements for civil contempt, because the record contains clear and convincing evidence that Schneider has violated clear orders of this Court, without justification.

Plaintiffs' motion is based on this Notice of Motion, the attached Memorandum of Points and Authorities, the accompanying declarations of Michael Rubin, Janet Herold, Daniel Mauricio Lopez, Jose Martinez Arceo, Manuel Gonzalez Jimenez, Armando Alejandro Perrusquia, and Giovanni Lopez, the proposed order submitted herewith, the pleadings, declarations and papers on file with the Court, and any further briefing and arguments of counsel.

Dated: March 2, 2012						Respectfully submitted,

By:			/s/Michael Rubin
					MICHAEL RUBIN

					MICHAEL RUBIN
					JONATHAN WEISSGLASS
					JENNIFER SUNG
					Altshuler Berzon LLP

					THERESA M. TRABER
					LAUREN TEUKOLSKY
					Traber & Voorhees

					JANET HEROLD
					Special Counsel to Change to Win, CLC