THERESA M. TRABER (SBN 116305)
LAUREN TEUKOLSKY (SBN 211381)
Traber & Voorhees
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9611
Facsimile: (626) 585-1400
tmt@tvlegal.com
lt@tvlegal.com

JOHN L. BARBER (SBN 160317)
TRACY WEI COSTANTINO (SBN 192847)
RACHEL J. LEE (SBN 225263)
Lewis Brisbois Bisgaard & Smith LLP
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
(213) 250-1800 - Office
(213) 250-7900 - Fax
Counsel for Impact Logistics, Inc.

(Add'l counsel on next page)

MICHAEL LAVENANT (SBN 198765)
CHRISTOPHER MORIARTY (SBN 198753)
CONSTANGY, BROOKS & SMITH
15760 Ventura Boulevard, Suite 1200
Encino, CA 91436
(818) 986-7561 - Office
(818) 986-5147 - Fax
Counsel for Premier Warehousing Ventures, LLC, and Rogers-Premier Unloading Services, LLC

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

EVERARDO CARRILLO, *et al.*, for themselves and all others similarly situated and the general public,

    Plaintiffs,

v.

SCHNEIDER LOGISTICS, INC., *et al.*,

    Defendants.

Case No. CV 11-8557 CAS (DTBx)

**ORDER RE: BIFURCATED DISCOVERY AND MODIFICATION OF LITIGATION SCHEDULE**

<u>Attorneys for Defendants SCHNEIDER LOGISTICS, INC. and SCHNEIDER LOGISTICS TRANSLOADING AND DISTRIBUTION, INC.:</u>

DOUGLAS J. FARMER CA (SBN 139646)
douglas.farmer@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, California 94105
Telephone: (415) 442-4810
Facsimile: (415) 442-4870

BETSY JOHNSON CA Bar No. 119847
betsy.johnson@ogletreedeakins.com
KIMBERLY C. CARTER CA Bar No. 221283
kimberly.carter@ogletreedeakins.com
TRUC T. NGUYEN CA Bar No. 257262
truc.nguyen@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213.239.9800
Facsimile: 213.239.9045


<u>Additional counsel for plaintiffs:</u>

JANET HEROLD (SBN 186419)
Special Counsel to Change to Win, CLC
2629 Foothill Blvd #357
La Crescenta, California 91214
Telephone: (818) 957-7054
Facsimile: (818) 542-6419
heroldj@seiu.org

MICHAEL RUBIN (SBN 80618)
JONATHAN WEISSGLASS (SBN 185008)
JENNIFER SUNG (SBN 254741)
Altshuler Berzon LLP
177 Post Street, Suite 300

---

Order re: Bifurcated Discovery
and Modification of Litigation Schedule;
Case No. CV 11-8557 CAS (DTBx)

San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
mrubin@altber.com
jweissglass@altber.com jsung@altber.com

GUS T. MAY (SBN 159436)
KEVIN R. KISH (SBN 233004)
MATTHEW E. DECAROLIS (SBN 238595)
Bet Tzedek Legal Services
3435 Wilshire Blvd., Suite 470
Los Angeles, CA 90010
Telephone: (323) 939-0506
Facsimile: (213) 384-3524
gmay@bettzedek.org
kkish@bettzedek.org
mdecarolis@bettzedek.org

SANDRA C. MUÑOZ (SBN 190404)
Law Offices of Sandra C. Muñoz
5429 E. Beverly Blvd.
Los Angeles, CA 90022
Telephone: (323) 720-9400
Facsimile: (323) 720-9090
scm4law@att.net

# ORDER

On March 6, 2012, the parties filed a stipulation setting forth the following facts: All parties to this action attended a mediation on February 28, 2012 with a private mediator and concluded that they would require additional time to explore whether any part of this action can be settled at this point in the litigation. The parties believe that focused discovery on the defendants' control over plaintiffs' employment in the Mira Loma warehouses, as joint employers, as part of an integrated enterprise, or on another basis, will materially advance their settlement discussions.

The Court previously established a litigation schedule under which, *inter alia*, there is a June 1, 2012 deadline for requesting leave to file amended pleadings or to add parties and an April 16, 2012 deadline for filing a motion for class certification under Rule 23. The parties wish to continue these deadlines for a period of about three (3) months and institute a phased discovery schedule that will allow the parties to devote their efforts to exploring settlement possibilities and focusing their attention on discovery that will likely facilitate the parties' settlement discussions, while preserving the parties' resources and limiting the attorneys' fees and costs that will be expended during this period of settlement discussions. The parties believe that wide-ranging discovery on issues other than on joint employment and related issues and litigation over whether plaintiff classes should be certified and, if so, to what extent will distract the parties' attention from their efforts to settle some or all of the claims in this action and dissipate the parties' resources through potentially unnecessary expenditure of attorneys' fees and litigation expenses.

On the basis of the foregoing stipulated facts, the parties requested that the Court bifurcate discovery to create an initial phase focused solely on joint employment issues, and to extend various upcoming deadlines in the case. Good cause appearing therefor, the Court ORDERS as follows:

1. Discovery shall be bifurcated with the first phase of discovery through and including May 31, 2012, dealing solely with the defendants' control over plaintiffs' employment in the Mira Loma warehouses, as joint employers, as part of an integrated enterprise, or on some other basis, and the second phase of discovery beginning on June 1, 2012 addressing all matters discoverable under Rule 26 of the Federal Rules of Civil Procedure;

2. The deadline for requesting leave to file amended pleadings or to add parties is extended from June 1, 2012 to September 3, 2012;

3. A post-mediation Telephonic Status Conference is continued from March 12, 2012 to April 30, 2012, at 12:00 p.m.;

4. The deadline for filing any motion for class certification is continued from April 16, 2012 to July 16, 2012; the deadline for filing opposition to such motion is continued from May 7, 2012 to August 6, 2012; and the deadline for filing the reply papers is continued from May 21, 2012 to August 20, 2012;

5. The hearing on the motion for class certification is continued from June 25, 2012 to September 24, 2012, at 10:00 a.m.;

6. No motions regarding the propriety of class certification may be filed prior to July 16, 2012 or pursuant to a schedule inconsistent with the briefing and hearing schedule set by the Court; and

//
//

Order re: Bifurcated Discovery
and Modification of Litigation Schedule;
Case No. CV 11-8557 CAS (DTBx)          -2-

7. The Further Scheduling Conference is continued from July 9, 2012 to October 15, 2012, at 12:00 p.m.

All parties are ordered to discuss the matter with their clients and opposing counsel prior to the telephone conference. Counsel for **PLAINTIFF** is ordered to initiate the telephone conference call **THROUGH THE TELEPHONE OPERATOR** to include all counsel of record, and **CHAMBERS at (213) 894-8551** on the date and time scheduled. If the Court's conference line is busy, continue to try to connect, the Court may be finalizing a previous conference call. Counsel shall be available 30 minutes prior and 30 minutes after the time scheduled for the telephone conference.

NOTE: During the telephonic hearing, counsel must identify themselves before they speak for the benefit of the Court and the Court Reporter..

IT IS SO ORDERED.

DATED: March 7, 2012

_____
Hon. Christina A. Snyder
United States District Judge

Order re: Bifurcated Discovery
and Modification of Litigation Schedule;
Case No. CV 11-8557 CAS (DTBx)          -3-