THERESA M. TRABER (SBN 116305)
LAUREN TEUKOLSKY (SBN 211381)
Traber & Voorhees
128 N. Fair Oaks Avenue, Suite 204
Pasadena, California 91103
Telephone: (626) 585-9611
Facsimile: (626) 585-1400
tmt@tvlegal.com
lt@tvlegal.com

JANET HEROLD (SBN 186419)
Special Counsel to Change to Win, CLC
2629 Foothill Blvd #357
La Crescenta, California 91214
Telephone: (818) 957-7054
Facsimile: (818) 542-6419
heroldj@seiu.org

(Add'l counsel on next page)

MICHAEL RUBIN (SBN 80618)
JONATHAN WEISSGLASS
  (SBN 185008)
JENNIFER SUNG (SBN 254741)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
mrubin@altber.com
jweissglass@altber.com
jsung@altber.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| EVERARDO CARRILLO, *et al.*, for themselves and all others similarly situated and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>SCHNEIDER LOGISTICS, INC., *et al.*,<br><br>Defendants. | Case No. CV 11-8557 CAS (DTBx)<br><br>**NOTICE OF MOTION AND UNOPPOSED MOTION OF JANET HEROLD FOR WITHDRAWAL AS COUNSEL FOR PLAINTIFFS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**<br><br>Date: June 4, 2012<br>Time: 10:00 a.m.<br>Courtroom: 5<br>The Hon. Christina A. Snyder |

<u>Additional counsel for plaintiffs:</u>

GUS T. MAY (SBN 159436)
KEVIN R. KISH (SBN 233004)
MATTHEW E. DECAROLIS (SBN 238595)
Bet Tzedek Legal Services
3435 Wilshire Blvd., Suite 470
Los Angeles, CA  90010
Telephone: (323) 939-0506
Facsimile: (213) 384-3524
gmay@bettzedek.org
kkish@bettzedek.org
mdecarolis@bettzedek.org

SANDRA C. MUÑOZ (SBN 190404)
Law Offices of Sandra C. Muñoz
5429 E. Beverly Blvd.
Los Angeles, CA 90022
Telephone: (323) 720-9400
Facsimile: (323) 720-9090
scm4law@att.net

Herold Motion to Withdraw;
Case No. CV 11-8557 CAS (DTBx)

## Notice of Motion and Motion

To: All Parties and their Attorneys of Record:

Please take notice that on June 4, 2012, at 10:00 a.m., or as soon thereafter as the motion may be heard, in the courtroom of the Hon. Christina A. Snyder, Janet Herold will, and hereby does, move for withdrawal as counsel for Plaintiffs. This motion is made pursuant to Local Rule 83-2.9.2.1. Plaintiffs waive oral argument.

## Memorandum in Support of Motion

Plaintiffs have several firms as counsel in this action. Janet Herold, one of the counsel for Plaintiffs, has recently been appointed to be the Department of Labor's Regional Solicitor for matters arising in California, Arizona, Nevada, Idaho, Washington, Oregon, Alaska, Hawaii, Guam, the Commonwealth of the Northern Mariana Islands, and American Samoa. As such, Ms. Herold seeks to withdraw as counsel for Plaintiffs.

Plaintiffs will be adequately represented in his action by their other attorneys.

Ms. Herold has informed Plaintiffs in writing of this motion and met and conferred with counsel for Defendants about this motion. Defendants do not oppose this motion.

Accordingly, Janet Herold respectfully requests that this court grant this motion for withdrawal.

Dated: May 4, 2012      Respectfully submitted,

By:      */s/ Janet Herold*
               JANET HEROLD

MICHAEL RUBIN
JONATHAN WEISSGLASS
JENNIFER SUNG
Altshuler Berzon LLP

THERESA M. TRABER
LAUREN TEUKOLSKY
Traber & Voorhees

JANET HEROLD
Special Counsel to Change to Win, CLC