BETSY JOHNSON CA Bar No. 119847
betsy.johnson@ogletreedeakins.com
KIMBERLY C. CARTER CA Bar No. 221283
kimberly.carter@ogletreedeakins.com
TRUC T. NGUYEN CA Bar No. 257262
truc.nguyen@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:  213.239.9800
Facsimile:   213.239.9045

Attorneys for Defendants SCHNEIDER LOGISTICS, INC. and SCHNEIDER LOGISTICS TRANSLOADING AND DISTRIBUTION, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| EVERARDO CARRILLO; FERNANDO CHAVEZ; ERIC FLORES; JOSE MARTINEZ ARCEO; JUAN CHAVEZ; ARMANDO ESQUIVEL; GUADALUPE RANGEL MENDOZA; and JOSE ENRIQUE TRUJILLO-VERGARA,, for themselves and all others similarly situated and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>SCHNEIDER LOGISTICS, INC.; SCHNEIDER LOGISTICS TRANSLOADING AND DISTRIBUTION, INC.; PREMIER WAREHOUSING VENTURES, LLC; ROGERS-PREMIER UNLOADING SERVICES, LLC; IMPACT LOGISTICS, INC.; WALMART STORES, INC., and DOES 2-15,<br><br>Defendants. | Case No. CV 11-08557 CAS(DTBx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>Complaint Filed: October 17, 2011<br>Trial Date:      None<br>District Judge:  Hon. Christina A. Snyder, Presiding<br>Mag. Judge:      Hon. David T Bristow |

# O R D E R

**GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT** the provisions of the concurrently filed stipulation between the parties regarding the use and protection of confidential material (the "Stipulated Protective Order") shall be entered as the Order of the Court and be binding upon the parties.

DATED:  February 13, 2013

HONORABLE DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE