THERESA M. TRABER (SBN 116305)
LAUREN TEUKOLSKY (SBN 211381)
Traber & Voorhees
128 N. Fair Oaks Avenue, Suite 204
Pasadena, California 91103
Telephone: (626) 585-9611
Facsimile: (626) 585-1400
tmt@tvlegal.com
lt@tvlegal.com

MICHAEL RUBIN (SBN 80618)
JONATHAN WEISSGLASS (SBN 185008)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
mrubin@altber.com
jweissglass@altber.com
jsung@altber.com

SANDRA C. MUÑOZ (SBN 190404)
Law Offices of Sandra C. Muñoz
5429 E. Beverly Blvd.
Los Angeles, CA 90022
Telephone: (323) 720-9400
Facsimile: (323) 720-9090
scm4law@att.net

(Add'l counsel on next page)

Attorneys for Plaintiffs

FILED
CLERK, U.S. DISTRICT COURT
SEP 27 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| EVERARDO CARRILLO, *et al.*, for themselves and all others similarly situated and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>SCHNEIDER LOGISTICS, INC., *et al.*,<br><br>Defendants. | Case No. CV 11-8557 CAS (DTBx)<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION PERMITTING PLAINTIFFS TO FILE CONSOLIDATED OPPOSITION TO DEFENDANTS SCHNEIDER AND WALMART'S MOTIONS FOR SUMMARY JUDGMENT |

1  Additional counsel for plaintiffs:

2

3  GUS T. MAY (SBN 159436)
   KEVIN R. KISH (SBN 233004)
4  MATTHEW E. DECAROLIS (SBN 238595)
5  Bet Tzedek Legal Services
   3435 Wilshire Blvd., Suite 470
6  Los Angeles, CA 90010
7  Telephone: (323) 939-0506
   Facsimile: (213) 384-3524
8  gmay@bettzedek.org
   kkish@bettzedek.org
9  mdecarolis@bettzedek.org
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APP. PERMITTING CONSOLIDATED OPPOSITION
Case No. CV 11-8557 CAS (DTBx)

## ORDER ON EX PARTE APPLICATION

Having considered the submissions of the parties, the Court orders as follows:

Plaintiffs are permitted to exceed the page requirements of Local Rule 11.6 by filing a consolidated Memorandum of Points and Authorities in support of their Opposition to the Motions for Partial Summary Judgment filed by defendants Schneider Logistics and Wal-Mart Stores, Inc. on August 20, 2013. Plaintiffs' consolidated Memorandum of Points and Authorities shall not exceed 50 pages.

Dated: September 27, 2013

*Christina A. Snyder*
The Honorable Christina A. Snyder
U.S. District Judge