THERESA M. TRABER (SBN 116305)
LAUREN TEUKOLSKY (SBN 211381)
Traber & Voorhees
128 N. Fair Oaks Avenue, Suite 204
Pasadena, California 91103
Telephone: (626) 585-9611
Facsimile: (626) 585-1400
tmt@tvlegal.com
lt@tvlegal.com

MICHAEL RUBIN (SBN 80618)
JONATHAN WEISSGLASS
  (SBN 185008)
ERIC P. BROWN (SBN 284245)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
mrubin@altber.com
jweissglass@altber.com
ebrown@altber.com

SANDRA C. MUÑOZ (SBN 190404)
Law Offices of Sandra C. Muñoz
5429 E. Beverly Blvd.
Los Angeles, CA 90022
Telephone: (323) 720-9400
Facsimile: (323) 720-9090
scm4law@att.net

(Add'l counsel on next page)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERARDO CARRILLO, *et al.*, for themselves and all others similarly situated and the general public,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>SCHNEIDER LOGISTICS TRANSLOADING AND DISTRIBUTION, INC.; PREMIER WAREHOUSING VENTURES, LLC; ROGERS-PREMIER UNLOADING SERVICES, LLC; IMPACT LOGISTICS, INC., WAL-MART STORES EAST, LP, and DOES 1-15, *et al.*,<br><br>　　　　　　Defendants. | Case No. CV 11-8557 CAS (DTBx)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY SETTLEMENT APPROVAL**<br><br>Date:　　March 17, 2014<br>Time:　　10:00 a.m.<br>Judge:　Hon. Christina A. Snyder |

Additional counsel for plaintiffs:

GUS T. MAY (SBN 159436)
KEVIN R. KISH (SBN 233004)
MATTHEW E. DECAROLIS (SBN 238595)
Bet Tzedek Legal Services
3250 Wilshire Blvd., 13th Floor
Los Angeles, CA  90010
Telephone: (323) 939-0506
Facsimile: (213) 471-4568
gmay@bettzedek.org
kkish@bettzedek.org
mdecarolis@bettzedek.org

**NOTICE OF MOTION AND MOTION**

PLEASE TAKE NOTICE that on March 17, 2014, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 5 of the United States District Court for the Central District of California, located at 312 North Spring Street, Los Angeles, California 90012, plaintiffs Everardo Carrillo et al. will and hereby do move this Court for an order preliminarily approving two class action settlements in this case, between plaintiffs (on their own behalf and on behalf of all similarly situated putative class member warehouse workers) and: 1) defendants Premier Warehousing Ventures, LLC and Rogers-Premier Unloading Services, LLC; and 2) defendant Impact Logistics, Inc.

Pursuant to Fed.R.Civ.Pro. 23, plaintiffs request that his Court:

1. Conditionally certify the following two classes ("Premier Class" and "Impact Class"):

<u>Premier Class</u>: All non-exempt employees employed by Premier in any of the warehouses, buildings, or surrounding premises at 4100 and 4250 Hamner Avenue and/or 11900 Riverside Drive in Eastvale (formerly Mira Loma), California at any time from February 19, 2009 through February 24, 2012.

<u>Impact Class</u>: All non-exempt employees employed by Impact in any of the warehouses, buildings, or surrounding premises located at 4100 and 4250 Hamner Avenue, and/or 11900 Riverside Drive in Eastvale (formerly Mira Loma), California, at any time from 2001 through August 9, 2013.

2. Appoint plaintiffs Everardo Carrillo, Fernando Chavez, Eric Flores, and Jose Martinez Arceo as class representatives of the Premier Class and appoint plaintiffs Juan Chavez, Armando Esquivel, Guadalupe Rangel Mendoza, and Jose Enrique Trujillo-Vergara as class representatives of the Impact Class;

3. Appoint Altshuler Berzon LLP, Traber & Voorhees, Bet Tzedek Legal Services, and Law Offices of Sandra Munoz as Class Counsel for both classes;

4. Grant preliminary approval of the two settlements;

1      5. Approve the proposed forms of notice and proposed method of notice to
2  plaintiffs and prospective class members in both classes, including the proposed
3  claims forms;
4      6. Appoint Settlement Services, Inc. as the Claims Administrator; and
5      7. Schedule a hearing for final approval of the Settlements.
6      This motion is made on the grounds that the Settlements are the product of
7  arms-length, good-faith negotiations; are fair and reasonable to the class; and
8  warrant preliminary approval, as more fully discussed in the accompanying
9  memorandum in support of the motion. Attached for this Court's *in camera* review
10 to the accompanying Declaration of Michael Rubin are confidential financial
11 documents provided by the settling defendants, which demonstrate why those
12 defendants are not able to pay more to settle these actions given their overall
13 financial circumstances. Plaintiffs will continue to litigate their claims against
14 remaining defendants Schneider Logistics Transloading and Distribution, Inc. and
15 Wal-Mart Stores East, LLP, which plaintiffs contend are jointly and severally liable
16 for the entire amount of economic relief sought by plaintiffs in this case.
17     Plaintiffs' motion is based on this notice of motion and motion; the
18 accompanying memorandum in support of the motion; the settlement agreements
19 attached to the two proposed orders; the accompanying [Proposed] Orders: 1)
20 certifying the settlement classes, 2) granting preliminary approval to the proposed
21 settlements and distribution plans, 3) directing notice to the class, and 4) setting a
22 date for the Fairness Hearing and other matters; the declarations of Michael Rubin
23 and Eric Brown; the Court record in this action; all matters of which the Court may
24 take notice; and such argument as the Court permits at the hearing on this motion.

25 Dated: February 14, 2014          Respectfully submitted,

MICHAEL RUBIN
JONATHAN WEISSGLASS
ERIC P. BROWN
Altshuler Berzon LLP

| | |
|---|---|
| 1 | |
| 2 | THERESA M. TRABER |
| | LAUREN TEUKOLSKY |
| 3 | Traber & Voorhees |
| 4 | GUS T. MAY |
| | KEVIN R. KISH |
| 5 | MATTHEW E. DECAROLIS |
| | Bet Tzedek Legal Services |
| 6 | SANDRA C. MUÑOZ |
| 7 | Law Offices of Sandra C. Muñoz |
| 8 | By:   /s Michael Rubin    |
| | Michael Rubin |
| 9 | |
| 10 | Attorneys for Plaintiffs |

Notice of Motion and Motion for Preliminary Settlement Approval;
Case No. CV 11-8557 CAS (DTBx)                    3