THERESA M. TRABER (SBN 116305)
LAUREN TEUKOLSKY (SBN 211381)
Traber & Voorhees
128 N. Fair Oaks Avenue, Suite 204
Pasadena, California 91103
Telephone: (626) 585-9611
Facsimile: (626) 585-1400
tmt@tvlegal.com
lt@tvlegal.com

Attorneys for Plaintiffs Everardo Carrillo, *et al.*

LAWRENCE ALLEN KATZ
Email: lkatz@steptoe.com
STEVEN D. WHEELESS
Email: swheeless@steptoe.com
*(Both Admitted Pro Hac Vice)*
STEPTOE & JOHNSON LLP
201 E. Washington St., Ste. 1600
Phoenix, AZ 85004
Telephone: 602.257.5200
Facsimile: 602.257.5299

Attorneys for Defendant Walmart Stores, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERARDO CARRILLO, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>SCHNEIDER LOGISTICS, INC., *et al.*,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION | Case No.: CV 11-8557 CAS (DTBx)<br><br>**CLASS ACTION**<br><br>**NOTICE OF PROPOSED SETTLEMENT AND REQUEST TO VACATE CERTAIN DATES**<br><br>Judge: Hon. Christina A. Snyder<br>Complaint filed: 10/17/2011<br>Trial Date: None Set |

MCGUIREWOODS LLP
Matthew C. Kane (SBN 171829)
Michael D. Mandel (SBN 216934)
John A. Van Hook (SBN 205067)
1800 Century Park East, 8th Floor
Los Angeles, California 90067-1501
(310) 315-8200 - Office
(310) 315-8210 - Fax
mkane@mcguirewoods.com
mmandel@mcguirewoods.com jvanhook@mcguirewoods.com

Attorneys for Defendant SCHNEIDER LOGISTICS
TRANSLOADING AND DISTRIBUTION, INC.

Additional counsel for Plaintiffs:

MICHAEL RUBIN (SBN 80618)
JONATHAN WEISSGLASS (SBN 185008)
ERIC P. BROWN (SBN 284245)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
mrubin@altber.com
jweissglass@altber.com
ebrown@altber.com

GUS T. MAY (SBN 159436)
KEVIN R. KISH (SBN 233004)
MATTHEW E. DECAROLIS (SBN 238595)
Bet Tzedek Legal Services
3435 Wilshire Blvd., Suite 470
Los Angeles, CA 90010
Telephone: (323) 939-0506
Facsimile: (213) 384-3524
gmay@bettzedek.org
kkish@bettzedek.org
mdecarolis@bettzedek.org

| | |
|---|---|
| 1 | SANDRA C. MUÑOZ (SBN 190404) |
| | Law Offices of Sandra C. Muñoz |
| 2 | 5429 E. Beverly Blvd. |
| | Los Angeles, CA 90022 |
| 3 | Telephone: (323) 720-9400 |
| 4 | Facsimile: (323) 720-9090 |
| 5 | scm4law@att.net |

**2**
**NOTICE OF PROPOSED SETTLEMENT AND REQUEST TO VACATE CERTAIN DATES**

# NOTICE OF SETTLEMENT AND REQUEST TO VACATE CERTAIN DATES

PLEASE TAKE NOTICE that, at the second mediation session held on April 30, 2014, Plaintiffs Everardo Carrillo, *et al.*, and Defendants Schneider Logistics Transloading and Distribution, Inc. ("Schneider") and Wal-Mart Stores East, LP ("Wal-Mart") reached a settlement in principle of Plaintiffs' claims against these two defendants, which settlement was memorialized in a Memorandum of Understanding and is subject to the preparation, execution and Court approval of a formal, written settlement agreement, which the parties are currently drafting. Plaintiffs will file a motion for preliminary approval as soon as possible after such an agreement is finalized.

This proposed settlement is in addition to the settlements Plaintiffs reached separately with Defendant Impact Logistics, Inc. ("Impact") and with Defendants Premier Warehousing Ventures, LLC and Rogers-Premier Unloading, LLC (jointly "Premier"). To the extent that the Court ultimately gives its final approval to the pending settlements and this new proposed settlement, all claims asserted by Plaintiffs in this action will be resolved, but whatever indemnity claims and/or rights Defendants Schneider and Wal-Mart may have as to Impact and/or Premier are not part of the new proposed settlement.

In light of the proposed settlement, the parties request that the Court vacate any and all dates related to Plaintiffs' motion for class certification and stay all discovery and other matters, except with respect to the pending settlements between Plaintiffs, on the one hand, and defendants Impact Logistics, Inc., Premier Warehousing Services, and Rogers-Premier Unloading Services, on the other. As to these settlements, the parties request that the Court maintain in place the current schedule for evaluating, approving and, if approved, implementing Plaintiffs' proposed settlements with Impact and Premier. A proposed order is being submitted concurrently herewith.

| | | |
|---|---|---|
| DATED: May 13, 2014 | | TRABER & VOORHEES<br>ALTSHULER BERZON LLP<br>BET TZEDEK LEGAL SERVICES<br>LAW OFFICES OF SANDRA C. MUÑOZ |
| | By: | /s/<br>Theresa M. Traber<br>Attorneys for Plaintiffs<br>EVERARDO CARRILLO, *et al.* |
| DATED: May 13, 2014 | | STEPTOE & JOHNSON LLP |
| | By: | /s/<br>LAWRENCE A KATZ<br>STEVEN D. WHEELESS<br>Attorneys for Defendant<br>WALMART STORES EAST LP |
| DATED: May 13, 2014 | | MCGUIREWOODS LLP |
| | By: | /s/<br>MATTHEW C. KANE<br>Attorneys For Defendant<br>SCHNEIDER LOGISTICS TRANSLOADING AND DISTRIBUTION, INC. |

Pursuant to Local Rule 5-4.3.4(a)(2)(i) of the Central District of California, all signatories other than plaintiffs' counsel concur in the content to this Notice and accompanying Proposed Order and have authorized the filing of both.