UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| EVERARDO CARRILLO, *et al.*, for themselves and all others similarly situated and the general public,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>SCHNEIDER LOGISTICS, INC., *et al.*,<br><br>　　　　　Defendants. | Case No. CV 11-8557 CAS (DTBx)<br><br><br>**[PROPOSED] ORDER VACATING CERTAIN DATES IN LIGHT OF PARTIES' PROPOSED SETTLEMENT** |

[Proposed] Order Vacating Certain Dates
in Light of Parties' Proposed Settlement
Case No. CV 11-8557 CAS (DTBx)

# ORDER

Having reviewed and considered the Notice of Proposed Settlement and Request to Vacate Certain Dates filed by Plaintiffs Everardo Carrillo, *et al.*, and Defendants Schneider Logistics Transloading and Distribution, Inc., and Wal-Mart Stores East LP ("Wal-Mart"), and good cause appearing therefor, the Court hereby GRANTS the parties' request and ORDERS:

1. That all discovery and related matters in this case are hereby stayed, to allow Plaintiffs, Schneider and Wal-Mart to finalize their settlement agreement and present their proposed settlement for preliminary and final approval by the Court. This stay will bar any discovery, motions or other litigation from being pursued by any party in this action and, if necessary, will toll and extend the time for answering or otherwise responding to any outstanding discovery during the stay period; and

2. That the dates for briefing and hearing on Plaintiffs' pending motion for class certification against Schneider and Wal-Mart are hereby vacated; and

3. That the stay in this Order shall not affect the Court-ordered schedule with respect to the pending settlements between Plaintiffs, on the one hand, and defendants Impact Logistics, Inc., Premier Warehousing Services, and Rogers-Premier Unloading Services. Thus, the dates associated with notice to the plaintiff classes, the filing of claims forms, objections and/or opt-out notices, the briefing in support of plaintiffs' requests for service awards, an award of attorneys' fees and costs, and final approval of the settlement, and the final Fairness Hearing will be unaffected by this Order.

IT IS SO ORDERED.

DATED: _____, 2014

_____
The Hon. Christina A. Snyder
U.S. District Court Judge

[Proposed] Order Vacating Certain Dates
in Light of Parties' Proposed Settlement
Case No. CV 11-8557 CAS (DTBx)   -1-