THERESA M. TRABER (SBN 116305)
LAUREN TEUKOLSKY (SBN 211381)
Traber & Voorhees
128 N. Fair Oaks Avenue, Suite 204
Pasadena, California 91103
Telephone: (626) 585-9611
Facsimile: (626) 585-1400
tmt@tvlegal.com
lt@tvlegal.com
Counsel for Plaintiffs

MICHAEL RUBIN (SBN 80618)
JONATHAN WEISSGLASS (SBN 185008)
ERIC BROWN (SBN 284245)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
mrubin@altber.com
jweissglass@altber.com
ebrown@altber.com

SANDRA C. MUÑOZ (SBN 190404)
Law Offices of Sandra C. Muñoz
5429 E. Beverly Blvd.
Los Angeles, CA 90022
Telephone: (323) 720-9400
Facsimile: (323) 720-9090
scm4law@att.net

(Add'l counsel on next page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| EVERARDO CARRILLO, *et al.*, for themselves and all others similarly situated and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>SCHNEIDER LOGISTICS, INC., *et al.*,<br><br>Defendants. | Case No. CV 11-8557 CAS (DTBx)<br><br>**[PROPOSED] ORDER MODIFYING CLASS NOTICE AND SETTLEMENT APPROVAL SCHEDULE** |

<u>Additional counsel for plaintiffs:</u>

GUS T. MAY (SBN 159436)
KEVIN R. KISH (SBN 233004)
MATTHEW E. DECAROLIS (SBN 238595)
Bet Tzedek Legal Services
3250 Wilshire Blvd., 13th Floor
Los Angeles, CA  90010
Telephone: (323) 939-0506
Facsimile: (213) 471-4568
gmay@bettzedek.org
kkish@bettzedek.org
mdecarolis@bettzedek.org

[Proposed] Order Modifying Class Notice and Settlement Approval Schedule;
Case No. CV 11-8557 CAS (DTBx)

## ORDER

Pursuant to the parties' stipulation, the Court hereby ORDERS:

A.   Revised Class Notice shall be sent to Premier and Impact class members as follows:

   1.   Any Impact class member who was not previously sent a notice will be sent the Class Notice for the Impact class approved by the Court's March 24, 2014 Order (Doc. 570), and modified by the Court's April 10, 2014 Order (Doc. 574), and further modified to reflect the new dates set forth below.

   2.   Any Impact class member who was previously sent a notice will be sent a revised Class Notice.  That revised Class Notice will be the same as the Class Notice for the Impact class approved by the Court's March 24, 2014 Order (Doc. 570), and modified by the Court's April 10, 2014 Order (Doc. 574), and further modified to reflect the new dates set forth below and to include the following language replacing the language in bold at the beginning of the Class Notice: "You should have previously received a Class Notice in this case.  You are receiving this Class Notice because Impact recently identified additional former Impact employees who may be eligible to participate in the settlement.  The inclusion of these class members requires a short delay in the Court's consideration of whether to approve the settlement to provide these individuals an opportunity to participate and to recompute the approximate amount to which each class member is entitled.  Our records show that you are entitled to compensation in the approximate amount of $_____.  You must fill out a Claim Form to be paid, but if you have already submitted a Claim Form you need not return a second Claim Form to participate in the Settlement. The deadline for requests not to participate in the Settlement and objections to the Settlement has been changed to August 18, 2014. The deadline for filing Claim Forms has been changed to September 8, 2014.  The Final Approval Hearing will now be held on September 22, 2014.   Read this notice (the "Class Notice") carefully to learn about your rights."

3. Any Premier class member will be sent a postcard with the "TO," "DATE," and "RE" lines approved by the Court's March 24, 2014 Order (Doc. 570), followed by: "You should have previously received a Class Notice in this case. You are receiving this postcard because the dates in the Class Notice have been changed. The deadline for requests not to participate in the Settlement and objections to the Settlements has been changed to August 18, 2014. The deadline for filing Claim Forms has been changed to September 8, 2014. The Final Approval Hearing will now be held on September 22, 2014. If you did not receive a Class Notice in this case, contact Sandra Muñoz of the Law Offices of Sandra Muñoz at (888) 349-5011 or (323) 720-9400 or scm4law@att.net. Sandra Muñoz is one of the counsel for the plaintiffs."

B. The schedule of pertinent dates for approval of the Settlements shall be as follows:

1. Revised Class Notice shall be mailed by July 3, 2014.

2. The deadline for Class Counsel's motion for attorneys' fees and costs shall be July 14, 2014.

3. The deadline for requests not to participate in the Settlements and objections to the Settlements shall be August 18, 2014.

4. The Motion for Final Approval shall be due on August 25, 2014.

5. The deadline for filing Claim Forms shall be September 8, 2014.

6. The Final Approval Hearing shall be held at noon on September 22, 2014.

IT IS SO ORDERED.

DATED: June 9, 2014

*Christina A. Snyder*
The Hon. Christina A. Snyder
U.S. District Court Judge