1   THERESA M. TRABER (SBN 116305)
2   LAUREN TEUKOLSKY (SBN 211381)
    Traber & Voorhees
3   128 N. Fair Oaks Avenue, Suite 204
    Pasadena, California 91103
4   Telephone: (626) 585-9611
    Facsimile: (626) 585-1400
5   tmt@tvlegal.com
    lt@tvlegal.com
6
    MICHAEL RUBIN (SBN 80618)           SANDRA C. MUÑOZ (SBN 190404)
7   JONATHAN WEISSGLASS                 Law Offices of Sandra C. Muñoz
      (SBN 185008)                      5429 E. Beverly Blvd.
8   ERIC P. BROWN (SBN 284245)          Los Angeles, CA 90022
    Altshuler Berzon LLP                Telephone: (323) 720-9400
9   177 Post Street, Suite 300          Facsimile: (323) 720-9090
    San Francisco, California 94108     scm4law@att.net
10  Telephone: (415) 421-7151
    Facsimile: (415) 362-8064
11  mrubin@altber.com                   (Add'l counsel on next page)
    jweissglass@altber.com
12  ebrown@altber.com
13
                    Attorneys for Plaintiffs
14
15          UNITED STATES DISTRICT COURT
16          CENTRAL DISTRICT OF CALIFORNIA
17
18  EVERARDO CARRILLO, *et al.*, for    Case No. CV 11-8557 CAS (DTBx)
    themselves and all others similarly
19  situated and the general public,    **PLAINTIFFS' NOTICE OF**
                                         **MOTION AND MOTION FOR**
20          Plaintiffs,                  **FINAL SETTLEMENT**
                                         **APPROVAL**
21      v.
                                         Date:     September 22, 2014
22  SCHNEIDER LOGISTICS                  Time:     12:00p.m.
    TRANSLOADING AND                     Judge:    Hon. Christina A. Snyder
23  DISTRIBUTION, INC.; PREMIER
    WAREHOUSING VENTURES, LLC;
24  ROGERS-PREMIER UNLOADING
    SERVICES, LLC; IMPACT
25  LOGISTICS, INC., WAL-MART
    STORES EAST, LP, and DOES 1-15,
26  *et al.*,
27          Defendants.
28

1 | <u>Additional counsel for plaintiffs:</u>

2

3 | GUS T. MAY (SBN 159436)
KEVIN R. KISH (SBN 233004)
4 | MATTHEW E. DECAROLIS (SBN 238595)
5 | Bet Tzedek Legal Services
3250 Wilshire Blvd., 13th Floor
6 | Los Angeles, CA  90010
7 | Telephone: (323) 939-0506
Facsimile: (213) 471-4568
8 | gmay@bettzedek.org
9 | kkish@bettzedek.org
mdecarolis@bettzedek.org

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Motion and Motion for Final Settlement Approval;
Case No. CV 11-8557 CAS (DTBx)

## NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that on September 22, 2014, at 12:00 p.m., or as soon thereafter as the matter may be heard, in Courtroom 5 of the United States District Court for the Central District of California, located at 312 North Spring Street, Los Angeles, California 90012, plaintiffs Everardo Carrillo et al. will and hereby do move this Court for an order granting final approval of two class action settlements in this case, between plaintiffs (on their own behalf and on behalf of all similarly situated putative class member warehouse workers) and: 1) defendants Premier Warehousing Ventures, LLC and Rogers-Premier Unloading Services, LLC; and 2) defendant Impact Logistics, Inc.

Pursuant to Fed. R. Civ. P. 23, plaintiffs request that his Court:

1. Certify the following two settlement classes ("Premier Class" and "Impact Class"):

Premier Class: All non-exempt employees employed by Premier in any of the warehouses, buildings, or surrounding premises at 4100 and 4250 Hamner Avenue and/or 11900 Riverside Drive in Eastvale (formerly Mira Loma), California at any time from February 19, 2009 through February 24, 2012.

Impact Class: All non-exempt employees employed by Impact in any of the warehouses, buildings, or surrounding premises located at 4100 and 4250 Hamner Avenue, and/or 11900 Riverside Drive in Eastvale (formerly Mira Loma), California, at any time from 2001 through August 9, 2013.

2. Grant final approval to the two settlement agreements and distribution plans.

3. Approve the requested service payments to representatives of the Premier and Impact classes.

This motion is made on the grounds that the Settlements are the product of arms-length, good-faith negotiations; are fair and reasonable to the class; and warrant preliminary approval, as more fully discussed in the accompanying

1   memorandum in support of the motion.  Previously provided for this Court's *in*
2   *camera* review are confidential financial documents provided by the settling
3   defendants, which demonstrate why those defendants are not able to pay more to
4   settle these actions given their overall financial circumstances.  *See* Docs. 532, 533.
5   Plaintiffs have separately settled their claims against remaining defendants Schneider
6   Logistics Transloading and Distribution, Inc. and Wal-Mart Stores East, LLP (which
7   plaintiffs contend are jointly and severally liable for the entire amount of economic
8   relief sought by plaintiffs in this case) and will present such settlement to the Court
9   for preliminary approval once the final terms are agreed upon and the agreement is
10  fully executed.

11          Plaintiffs' motion is based on this notice of motion and motion; the
12  accompanying memorandum in support of the motion; the settlement agreements
13  previously provided to the Court; the entire Court record in this action; all matters of
14  which the Court may take notice; and such argument as the Court permits at the
15  hearing on this motion.

16  //
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

1    Dated: August 25, 2014          Respectfully submitted,

2
                                     MICHAEL RUBIN
3                                    JONATHAN WEISSGLASS
                                     ERIC P. BROWN
4                                    Altshuler Berzon LLP

5                                    THERESA M. TRABER
                                     LAUREN TEUKOLSKY
6                                    Traber & Voorhees

7                                    GUS T. MAY
                                     KEVIN R. KISH
8                                    MATTHEW E. DECAROLIS
                                     Bet Tzedek Legal Services
9
                                     SANDRA C. MUÑOZ
10                                   Law Offices of Sandra C. Muñoz

11
                                     By:    ___/s Michael Rubin___
12                                            Michael Rubin

13                                   Attorneys for Plaintiffs

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---