THERESA M. TRABER (SBN 116305)
LAUREN TEUKOLSKY (SBN 211381)
Traber & Voorhees
128 N. Fair Oaks Avenue, Suite 204
Pasadena, California 91103
Telephone: (626) 585-9611
Facsimile: (626) 585-1400
tmt@tvlegal.com
lt@tvlegal.com

MICHAEL RUBIN (SBN 80618)
JONATHAN WEISSGLASS (SBN 185008)
ERIC P. BROWN (SBN 284245)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
mrubin@altber.com
jweissglass@altber.com
ebrown@altber.com

SANDRA C. MUÑOZ (SBN 190404)
Law Offices of Sandra C. Muñoz
5429 E. Beverly Blvd.
Los Angeles, CA 90022
Telephone: (323) 720-9400
Facsimile: (323) 720-9090
scm4law@att.net

(Add'l counsel on next page)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERARDO CARRILLO, *et al.*, for themselves and all others similarly situated and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>SCHNEIDER LOGISTICS TRANSLOADING AND DISTRIBUTION, INC.; PREMIER WAREHOUSING VENTURES, LLC; ROGERS-PREMIER UNLOADING SERVICES, LLC; IMPACT LOGISTICS, INC., WAL-MART STORES EAST, LP, and DOES 1-15, *et al.*,<br><br>Defendants. | Case No. CV 11-8557 CAS (DTBx)<br><br>**[PROPOSED] ORDER GRANTING FINAL JUDGMENT AS TO DEFENDANTS PREMIER WAREHOUSING VENTURES, LLC, ROGERS-PREMIER UNLOADING SERVICES, LLC, AND IMPACT LOGISTICS, INC.** |

[Proposed] Order Granting Final Judgment as to Defendants Premier and Impact; Case No. CV 11-8557 CAS (DTBx)

1 <u>Additional counsel for plaintiffs:</u>

2

3 GUS T. MAY (SBN 159436)
KEVIN R. KISH (SBN 233004)
MATTHEW E. DECAROLIS (SBN 238595)
4 Bet Tzedek Legal Services
3250 Wilshire Blvd., 13th Floor
5 Los Angeles, CA 90010
Telephone: (323) 939-0506
6 Facsimile: (213) 471-4568
gmay@bettzedek.org
7 kkish@bettzedek.org
mdecarolis@bettzedek.org

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

[Proposed] Order Granting Final Judgment as to Defendants Premier and Impact;
Case No. CV 11-8557 CAS (DTBx)

This matter was heard by the Court on September 22, 2014, at 12:00 p.m., in Courtroom 5 of United States District Court, Central District of California, before the Honorable Christina A. Snyder, pursuant to the noticed Motions for Final Settlement Approval (Doc. 602) and for Attorney's Fees and Reimbursement of Expenses (Doc. 598). At the hearing, this Court granted final approval of settlements between plaintiffs and defendants Premier Warehousing Ventures, LLC and Rogers-Premier Unloading Services, LLC (collectively, "Premier") and Impact Logistics, Inc. ("Impact").

Having granted final approval of the settlements, and as provided and set forth in further detail in the settlement agreements and orders referenced below, the Court HEREBY ORDERS AND MAKES THE FOLLOWING DETERMINATIONS:

1. The Court hereby enters final judgment in this case subject to and in accordance with: (1) the respective terms of the settlement agreements between plaintiffs and defendants Premier and Impact (Docs. 571-1, 571-2); (2) the March 24, 2014 Order granting preliminary settlement approval (Doc. 570); (3) the September 22, 2014 Order granting final settlement approval and the Motion for Attorneys' Fees and Expenses (Doc. __); (4) this Order Granting Final Judgment, and (5) subject to the Court's retention of jurisdiction to oversee the settlements in accordance with their terms.

2. Neither this Final Judgment nor the settlements shall constitute an admission by defendants Premier and Impact of any liability or wrongdoing, nor is this Final Judgment a finding of the validity or invalidity of any claims in the action or a finding of liability or wrongdoing by defendants Premier and Impact.

3. As set forth in the respective settlement agreements, the Court dismisses with prejudice all claims against Premier and Impact, disposes of all issues and claims in the action as to the released parties as provided in the referenced settlement agreements, and bars class members who have not validly opted out of the respective settlements from asserting or reopening any claims settled or released through the

releases contained in the referenced settlement agreements.

    4. Each party shall bear its own attorney's fees and costs, except as provided in the settlement agreements and this Court's September 22, 2014 Order granting the Motion for Attorneys' Fees and Expenses. Under that Order, Class Counsel shall be entitled to a total amount of $150,000 in attorneys' fees and $30,000 in litigation expenses out of the Premier settlement funds and a total amount of $100,000 in attorneys' fees and $20,000 in litigation expenses out of the Impact settlement funds.

    5. The consideration and payments set forth in the referenced settlement agreements are the only consideration, fees, and expenses that Premier and Impact and their respective released parties shall be obligated to provide or otherwise fund or pay in connection with the settlements.

    6. In accordance with the Court's retention of jurisdiction over the administration of the settlements in accordance with their terms, nothing in this Order shall preclude an action to enforce the parties' rights and obligations under the settlements and the Court's related orders.

    IT IS SO ORDERED.

Dated: September 26, 2014

_____
Hon. Christina A. Snyder
U.S. District Court Judge

---

[Proposed] Order Granting Final Judgment as to Defendants Premier and Impact;
Case No. CV 11-8557 CAS (DTBx)