THERESA M. TRABER (SBN 116305)
LAUREN TEUKOLSKY (SBN 211381)
Traber & Voorhees
128 N. Fair Oaks Avenue, Suite 204
Pasadena, California 91103
Telephone: (626) 585-9611
Facsimile: (626) 585-1400
tmt@tvlegal.com
lt@tvlegal.com
Counsel for Plaintiffs

JOHN L. BARBER (SBN 160317)
TRACY WEI COSTANTINO (SBN 192847)
RACHEL J. LEE (SBN 225263)
Lewis Brisbois Bisgaard & Smith LLP
221 North Figueroa Street, Suite 1200
Los Angeles, California  90012
(213) 250-1800 - Office
(213) 250-7900 - Fax
Counsel for Impact Logistics, Inc.

(Add'l counsel on next page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| EVERARDO CARRILLO, *et al.*, for themselves and all others similarly situated and the general public,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>SCHNEIDER LOGISTICS, INC., *et al.*,<br><br>　　　　　　Defendants. | Case No. CV 11-8557 CAS (DTBx)<br><br>**[PROPOSED] ORDER REGARDING MODIFYING DISTRIBUTION PLAN FOR IMPACT SETTLEMENT FUNDS** |

1 | <u>Additional counsel for plaintiffs:</u>
2 |
3 | MICHAEL RUBIN (SBN 80618)
  | JONATHAN WEISSGLASS (SBN 185008)
4 | ERIC BROWN (SBN 284245)
5 | Altshuler Berzon LLP
  | 177 Post Street, Suite 300
6 | San Francisco, California 94108
7 | Telephone: (415) 421-7151
  | Facsimile: (415) 362-8064
8 | mrubin@altber.com
9 | jweissglass@altber.com
  | ebrown@altber.com
10 |
11 |
  | GUS T. MAY (SBN 159436)
12 | KEVIN R. KISH (SBN 233004)
  | MATTHEW E. DECAROLIS (SBN 238595)
13 | Bet Tzedek Legal Services
14 | 3250 Wilshire Blvd., 13th Floor
  | Los Angeles, CA 90010
15 | Telephone: (323) 939-0506
16 | Facsimile: (213) 471-4568
  | gmay@bettzedek.org
17 | kkish@bettzedek.org
18 | mdecarolis@bettzedek.org
19 |
  | SANDRA C. MUÑOZ (SBN 190404)
20 | Law Offices of Sandra C. Muñoz
21 | 5429 E. Beverly Blvd.
  | Los Angeles, CA 90022
22 | Telephone: (323) 720-9400
23 | Facsimile: (323) 720-9090
  | scm4law@att.net
24 |
25 |
26 |
27 |
28 |

Proposed Order Regarding Modifying Distribution Plan for Impact Settlement Funds;
Case No. CV 11-8557 CAS (DTBx)

# **ORDER**

Pursuant to the stipulation submitted by Plaintiffs Everardo Carrillo, *et al.*, and Defendant Impact Logistics, Inc., the Court hereby ORDERS that the plan for distributing funds under the Impact Settlement Agreement shall be modified as follows:

A. The Claims Administrator shall transfer to the Impact settlement account $143,500 of the $150,000 that is otherwise due as attorneys' fees and costs payments to Class Counsel under the Premier Settlement Agreement, to be distributed to members of the Impact settlement class, and shall pay the remainder ($6,500) to Class Counsel consistent with the terms of the Premier Settlement Agreement;

B. The Claims Administrator shall use the $143,500 along with the funds transferred into the Impact settlement account from the parties' jointly maintained separate account to pay (1) all Impact class member settlement payments it has calculated, (2) the enhancements due to the Impact class representatives; (3) the amount computed for employer's payroll taxes, (4) the LWDA payment; and (5) the reduced claims administration costs of $57, 850, and otherwise complete its work administering the Impact Settlement Agreement;

C. The Claims Administrator shall include the following notice in the payment envelope that will be sent to each Impact settlement class member, in English and Spanish:

TO ALL MEMBERS OF THE IMPACT SETTLEMENT CLASS:

Under the Impact Settlement Agreement, defendant Impact Logistics, Inc., is permitted to make payments over a period of four (4) years, rather than all at once. Ordinarily, that would result in a series of small payments to you and your co-workers, over the time that the money is paid by Impact. Class Counsel has obtained the Court's approval to delay their own receipt of attorneys' fees and costs under the agreement, to allow you and other Impact class members to obtain most of your settlement payment now, in the enclosed check, instead of over time. An additional small amount will be allocated among all Impact settlement class members and distributed in late 2015, but the enclosed check represents most of what you will receive under the Impact Settlement Agreement. This payment is separate and apart from any payment you may later receive under the pending Schneider-Walmart settlement.

D. Impact will continue to make its monthly payments as required under the approved Impact Settlement Agreement but will pay them directly to Class Counsel to cover the attorneys' fees and costs due to them;

E. Class Counsel shall be responsible for paying the $45,850 in saved administration costs from the Impact Settlement Agreement to the claims administrator appointed to distribute funds under the pending Schneider-Walmart settlement within ten (10) days after final approval of such settlement and shall promptly report such payment to the Court; and

1     F.    The Schneider-Walmart settlement administrator shall distribute this
2         $45,850 on a pro rata basis to the Impact settlement class in connection
3         with the distribution of Schneider-Walmart settlement funds.

4 IT IS SO ORDERED.

6

7 DATED: December 15, 2014                 /s/ Christina A. Snyder
                                                        The Hon. Christina A. Snyder
8                                                          U.S. District Court Judge

Proposed Order Regarding Modifying Distribution Plan for Impact Settlement Funds;
Case No. CV 11-8557 CAS (DTBx)         -3-