THERESA M. TRABER (SBN 116305)
LAUREN TEUKOLSKY (SBN 211381)
Traber & Voorhees
128 N. Fair Oaks Avenue, Suite 204
Pasadena, California 91103
Telephone: (626) 585-9611
Facsimile: (626) 585-1400
tmt@tvlegal.com
lt@tvlegal.com

Attorneys for Plaintiffs Everardo Carrillo, *et al.*

LAWRENCE ALLEN KATZ
Email: lkatz@steptoe.com
STEVEN D. WHEELESS
Email: swheeless@steptoe.com
*(Both Admitted Pro Hac Vice)*
STEPTOE & JOHNSON LLP
201 E. Washington St., Ste. 1600
Phoenix, AZ 85004
Telephone: 602.257.5200
Facsimile: 602.257.5299

Attorneys for Defendant Walmart Stores East LP

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERARDO CARRILLO, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> SCHNEIDER LOGISTICS, INC., *et al.*, <br><br> Defendants. <br><br> AND RELATED CROSS-ACTION | Case No.: CV 11-8557 CAS (DTBx) <br><br> **CLASS ACTION** <br><br> **[PROPOSED] ORDER SHORTENING TIME ON HEARING FOR MOTION SEEKING PRELIMINARY APPROVAL OF SETTLEMENT BETWEEN PLAINTIFFFS AND DEFENDANTS SCHNEIDER LOGISTICS TRANSLOADING AND DISTRIBUTION, INC., AND WALMART STORES EAST LP** <br><br> Judge: Hon. Christina A. Snyder <br> Current hearing date: 5/11/15 <br> Proposed hearing date: 5/4/2015 <br> Time: 10:00 a.m. |

**[PROPOSED] ORDER SHORTENING TIME ON MOTION FOR PRELIMINARY APPROVAL**

MCGUIREWOODS LLP
Matthew C. Kane (SBN 171829)
Michael D. Mandel (SBN 216934)
John A. Van Hook (SBN 205067)
1800 Century Park East, 8th Floor
Los Angeles, California 90067-1501
(310) 315-8200 - Office
(310) 315-8210 - Fax
mkane@mcguirewoods.com
mmandel@mcguirewoods.com jvanhook@mcguirewoods.com

Attorneys for Defendant Schneider Logistics
Transloading and Distribution, Inc.

Additional counsel for Plaintiffs:

MICHAEL RUBIN (SBN 80618)
JONATHAN WEISSGLASS (SBN 185008)
ERIC P. BROWN (SBN 284245)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
mrubin@altber.com
jweissglass@altber.com
ebrown@altber.com

GUS T. MAY (SBN 159436)
MATTHEW E. DECAROLIS (SBN 238595)
Bet Tzedek Legal Services
3435 Wilshire Blvd., Suite 470
Los Angeles, CA  90010
Telephone: (323) 939-0506
Facsimile: (213) 384-3524
gmay@bettzedek.org
mdecarolis@bettzedek.org

[PROPOSED] ORDER SHORTENING TIME ON MOTION FOR PRELIMINARY APPROVAL

| | |
|---|---|
| 1 | SANDRA C. MUÑOZ (SBN 190404) |
| 2 | Law Offices of Sandra C. Muñoz<br>5429 E. Beverly Blvd. |
| 3 | Los Angeles, CA 90022<br>Telephone: (323) 720-9400 |
| 4 | Facsimile: (323) 720-9090 |
| 5 | scm4law@att.net |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

# ORDER

Pursuant to the parties' stipulation and for good cause shown, the Court hereby ORDERS that Plaintiffs' pending motion for preliminary approval of the settlement between Plaintiffs Everardo Carrillo, *et al.,* and Defendants Schneider Logistics Transloading and Distribution, Inc., and Walmart Stores East LP (Doc. #611), may be heard on shortened notice and that the hearing on this motion may be advanced on the Court's calendar to be heard on May 4, 2015 at 10:00 a.m.

IT IS SO ORDERED.

DATED: April 15, 2015

The Hon. Christina A. Snyder
U.S. District Court Judge

Pursuant to Local Rule 5-4.3.4(a)(2)(i) of the Central District of California, all signatories other than plaintiffs' counsel concur in the content of this Stipulation accompanying Proposed Order and have authorized the filing of both.