

**United States District Court**
Central District of California
**Office of the Clerk**

**Jeffrey S. Thomason**
Acting Chief Probation and Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

August 27, 2021

See attached list of counsel

    Re:    *Everardo Carrillo, et al. v. Schneider Logistics, Inc. et al.*
              2:11-CV-08557 CAS (DTBx)

Dear Counsel:

    I have been contacted by Judge Snyder who presided over the above-mentioned case, which is now closed.

    Judge Snyder informed me that it has been recently brought to her attention that, while she presided over the case, she owned stock in Wal-Mart from February 16, 2012 through June 1, 2012. Her ownership of stock neither affected nor impacted her decisions in this case. However, the stock ownership would have required recusal under the Code of Conduct for United States Judges. Therefore, Judge Snyder directed that I notify the parties of the conflict.

    Advisory Opinion 71, from the Judicial Conference Codes of Conduct Committee, provides the following guidance for addressing disqualification that is not discovered until after a judge has participated in a case:

> [A] judge should disclose to the parties the facts bearing on disqualification as soon as those facts are learned, even though that may occur after entry of the decision. The parties may then determine what relief they may seek and a court (without the disqualified judge) will decide the legal consequence, if any, arising from the participation of the disqualified judge in the entered decision.

    Although Advisory Opinion 71 contemplated disqualification after oral argument before a Court of Appeals, the Committee explained "[s]imilar considerations would apply when a judgment was entered in a district court by a judge and it is later learned that the judge was disqualified."

    With Advisory Opinion 71 in mind, you are invited to respond to Judge Snyder's disclosure of a conflict in this case, including any request to reopen the case. Should you wish to

**Eastern Division**
3470 Twelfth Street, Room 134
Riverside, CA 92501

**Southern Division**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701

*Everardo Carrillo, et al. v. Schneider Logistics, Inc. et al.*
2:11-CV-08557 CAS (DTB)x
August 27, 2021

respond, please submit your response by filing it on the docket on or before September 26, 2021. Any response will be considered by another judge of this District without the participation of Judge Snyder.

                                              Sincerely,

                                              */s/ Kiry K. Gray*

                                              Kiry K. Gray
                                              District Court Executive/Clerk of Court

*Everardo Carrillo, et al. v. Schneider Logistics, Inc. et al.*
2:11-CV-08557 CAS (DTB)x
August 27, 2021

## List of Counsel of Record

Edith P Castaneda
Law Offices of Sandra C Munoz
5429 East Beverly Boulevard
Los Angeles, CA 90022
Email: edithcastaneda@att.net

Eric P Brown
Altshuler Berzon LLP
177 Post Street Suite 300
San Francisco, CA 94108
Email: ebrown@altber.com

Gus T May
Bet Tzedek Legal Services
3250 Wilshire Boulevard, 13th Floor
Los Angeles, CA 90010
Email: gmay@bettzedek.org

Janet M Herold
SEIU Change to Win CLC
2629 Foothill Blvd Suite 357
La Crescenta, CA 91214
Email: janet.herold@seiu.org

Jennifer Sung
Altshuler Berzon LLP
177 Post Street Suite 300
San Francisco, CA 94108
Email: jensung589@gmail.com

Jonathan David Weissglass
Law Office of Jonathan Weissglass
1939 Harrison Street Suite 150-B
Oakland, CA 94612
Email: jonathan@weissglass.com

Kevin Kish
Bet Tzedek Legal Services
3250 Wilshire Blvd., 13th Floor
Los Angeles, CA 90010
Email: kkish@bettzedek.org

Lauren Teukolsky
Teukolsky Law, A Professional Corporation
201 South Lake Avenue, Suite 305
Pasadena, CA 91101
Email: lauren@teuklaw.com

Marisa Hernandez-Stern
HADSELL STORMER & RENICK, LLP
128 North Fair Oaks Ave
Pasadena, CA 91103
Email: mhs@hadsellstormer.com

Matthew E DeCarolis
Bet Tzedek Legal Services
3250 Wilshire Blvd 13th Floor
Los Angeles, CA 90010
Email: mdecarolis@bettzedek.org

Michael Rubin
Altshuler Berzon LLP
177 Post Street Suite 300
San Francisco, CA 94108
Email: mrubin@altshulerberzon.com

Sandra C Munoz
Law Offices Of Sandra C. Munoz
5429 East Beverly Boulevard
Montebello, CA 90640
Email: sandra@scmlawoffices.com

Theresa M Traber
Traber and Voorhees
128 North Fair Oaks Avenue
Pasadena, CA 91103
Email: tmt@tvlegal.com

Matthew E DeCarolis
Bet Tzedek Legal Services
3250 Wilshire Boulevard 13th Floor
Los Angeles, CA 90010
Email: mdecarolis@bettzedek.org

*Everardo Carrillo, et al. v. Schneider Logistics, Inc. et al.*
2:11-CV-08557 CAS (DTB)x
August 27, 2021

Sandra C Munoz
Law Offices Of Sandra C. Munoz
5429 East Beverly Boulevard
Montebello, CA 90640
Email: sandra@scmlawoffices.com

Alec R Hillbo
Ogletree Deakins Nash Smoak and Stewart
400 South Hope Street Suite 1200
Los Angeles, CA 90071
Email: alec.hillbo@ogletreedeakins.com

Betsy Johnson
Ogletree Deakins Nash Smoak and Stewart
400 South Hope Street Suite 1200
Los Angeles, CA 90071
Email: betsy.johnson@ogletreedeakins.com

Christopher M Ahearn
Fisher and Phillips LLP
444 South Flower Street Suite 1500
Los Angeles, CA 90071
Email: cahearn@fisherphillips.com

Douglas J Farmer
Ogletree Deakins Nash Smoak and Stewart
Steuart Tower
One Market Plaza Suite 1300
San Francisco, CA 94105
Email: douglas.farmer@ogletree.com

Kimberly C. Carter
Kelley Drye and Warren LLP
1800 Century Park East Suite 600
Los Angeles, CA 90067
Email: kcarter@kelleydrye.com

Truc T Nguyen
McGuireWoods LLP
1800 Century Park East 8th Floor
Los Angeles, CA 90067
Email: tnguyen@mcguirewoods.com

Brian Richard Weilbacher
Weilbacher and Weilbacher APC
5850 Thille Street Suite 200
Ventura, CA 93003
Email: brianweilbacher@weilbacherlaw.com

Christopher Louis Moriarty
Constangy Brooks and Smith LLP
15760 Ventura Boulevard Suite 1200
Encino, CA 91436
Email: CMoriarty@constangy.com

Michael S Lavenant
Constangy Brooks and Smith LLP
15760 Ventura Boulevard Suite 1200
Encino, CA 91436

Jonathan Fraser Light
LightGabler LLP
760 Paseo Camarillo Suite 300
Camarillo, CA 93010
Email: jlight@lightgablerlaw.com

Alice Shelor Wang
Fisher and Phillips LLP
2050 Main Street Suite 1000
Irvine, CA 92614
Email: awang@laborlawyers.com

Jeff Weintraub
Weintraub Stock PC
1715 Aaron Brenner Drive Suite 312
Memphis, TN 38120
Email: jweintraub@laborlawyers.com

Jimmie Emile Johnson
Fisher and Phillips LLP
2050 Main Street Suite 1000
Irvine, CA 92614
Email: jjohnson@laborlawyers.com

John L Barber
Lewis Brisbois Bisgaard and Smith LLP
633 West 5th Street Suite 4000

*Everardo Carrillo, et al. v. Schneider Logistics, Inc. et al.*
2:11-CV-08557 CAS (DTB)x
August 27, 2021

Los Angeles, CA 90071
Email: john.barber@lewisbrisbois.com

John K Skousen
Fisher and Phillips LLP
2050 Main Street Suite 1000
Irvine, CA 92614
Email: jskousen@fisherphillips.com

Paul A Mata
Lewis Brisbois
633 W. 5th Street, Suite 4000
Los Angeles, CA 90071
Email: paul.mata@lewisbrisbois.com

Rachel J Lee
Lewis Brisbois Bisgaard & Smith LLP
221 North Figueroa Street Suite 1200
Los Angeles, CA 90012
Email: rachel.lee@lewisbrisbois.com

Tracy Wei Costantino
Lewis Brisbois Bisgaard & Smith LLP
633 West 5th Street Suite 4000
Los Angeles, CA 90071
Email: tracy.costantino@lewisbrisbois.com

Matthew Charles Kane
McGuireWoods LLP
1800 Century Park East 8th Floor
Los Angeles, CA 90067
Email: mkane@mcguirewoods.com

John A Van Hook
McGuire Woods LLP
1800 Century Park East 8th Floor
Los Angeles, CA 90067-1501
Email: john@vanhooklawfirm.com

Michael David Mandel
McGuireWoods LLP
1800 Century Park East 8th Floor
Los Angeles, CA 90067-1501

Sabrina A Beldner
McGuireWoods LLP
1800 Century Park East 8th Floor
Los Angeles, CA 90067
Email: sbeldner@mcguirewoods.com

Dylan Ruga
Stalwart Law Group
1100 Glendon Avenue Suite 1840
Los Angeles, CA 90024
Email: dylan@stalwartlaw.com

Mark A. Neubauer
Carlton Fields LLP
North Tower
2029 Century Park East, Suite 1200
Los Angeles, CA 90067-2913
Email: mneubauer@carltonfields.com

Aaron James Lockwood
Greenberg Traurig LLP
2375 East Camelback Road Suite 700
Phoenix, AZ 85016
Email: lockwooda@gtlaw.com

Lawrence Allen Katz
Steptoe and Johnson LLP
201 East Washington Street Suite 1600
Phoenix, AZ 85004
Email: lkatz@steptoe.com

Mark E Freeze
Steptoe and Johnson LLP
201 East Washington Street Suite 1600
Phoenix, AZ 85004-2382
Email: mfreeze@steptoe.com

Steven D Wheeless
Steptoe and Johnson LLP
201 East Washington Street Suite 1600
Phoenix, AZ 85004
Email: swheeless@steptoe.com